## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD F. ERDMANN and PHILLIP B. ESHOM,<br><br>    Defendants. | Civil No. 2:06-254-JCC<br><br>ORDER<br>FOR EXTENSION OF TIME<br>TO FILE ANSWER |

THIS MATTER having come on before the undersigned Judge, and the plaintiff being represented by Amy Matchison of the U.S. Department of Justice and the Defendant Erdmann being represented by Ronald P. Bell, and the Stipulation of the parties is hereby entered, now, therefore, it is hereby

ORDERED THAT defendant Ronald F. Erdmann shall have until ten (10) days after the Honorable Thomas S. Zilly's Order ruling on the government's motion to withdraw reference, to file his answer. The parties are further directed to file a NOTICE in this matter indicating the date on which Judge Zilly's Order was docketed so that the answer date in this matter may be reset.

DONE IN OPEN COURT this 25th day of April, 2006.

*/s/ John C. Coughenour*

John C. Coughenour

United States District Judge

Order for Extension
of Time to File Answer, Page 1

Ronald P. Bell
Attorney at Law
P.O. Box 510
Sequim, WA 98382
(360) 683-1129